734 A.2d 1271

## In the Matter of Garry A. NELSON.

**Petition for Reinstatement.**

**No. 408 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

July 20, 1999.

*ORDER*

PER CURIAM:

AND NOW, this 20th day of July, 1999, upon consideration of the Report and Recommendations of the Disciplinary Board of the Supreme Court of Pennsylvania dated July 2, 1999, the Petition for Reinstatement is denied, and the requirements of Disciplinary Board Rule § 89.272(c) are hereby waived.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.